## CONSENT TO SUE UNDER
## FAIR LABOR STANDARDS ACT

I, __JesusCristo Santos__ am an employee formerly employed by __Shinoby - Ninja__, and/or related entities. I consent to be a plaintiff in the above-captioned action to collect unpaid wages.

Dated: New York, New York
      __July 11__, 2012

_____

Sworn to before me this __11th__
day of __July__ 2012.

_____
Notary Public