UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: CILENTI & COOPER, PLLC.

---

KARLY ESPINAL, ETAL

                                              Plaintiff(s)

                - against -

SHINOBI NY LLC D/B/A NINJA NEW YORK, ETAL

                                              Defendant(s)

Index # 12 CIV 5313

Purchased July 9, 2012

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 18, 2012 at 01:55 PM at

100 CHURCH STREET, LOBBY
NEW YORK, NY 10007

deponent served the within SUMMONS AND COMPLAINT on SHINOBI NY LLC D/B/A NINJA NEW YORK therein named.

    BY LEAVING A TRUE COPY WITH RIEKO TAKAMIYA, MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 40 | 5'5 | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 18, 2012

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Expires April 11, 2015

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2015

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2014

ANDERSON CHAN
License #: 1220482
Invoice #: 557907

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728