UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KARLY ESPINAL, GREGORIO VASQUEZ, JESUCRISTO : Case No. 12-CV-5313
SANTOS LUNA, YAN CARLOS MENA, NELSON DIAZ, : (LTS) (KNF)
ENGLES RODRIGUEZ, EDDY NUNEZ, MIGUEL :
AGRAMONTE-BAEZ, CORPUS PEREZ, SANTOS :
ROJAS-FRIAS, and JUAN N. NUNEZ, on behalf of themselves :
and others similarly situated, : **AFFIDAVIT OF**
: **SERVICE**
:
Plaintiffs, :
:
-against- :
:
:
SHINOBI NY LLC d/b/a/ NINJA NEW YORK, HARUO :
YAZAKI, and JOHN DOES 1-10, :
:
:
Defendants. :
-----------------------------------------------------------------------X

STATE OF NEW YORK    )
                    )ss.:
COUNTY OF NEW YORK  )

Justin Cilenti, being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age, and resides in Monmouth County, New Jersey.

On the 7th day of August 2012, deponent served the July 25, 2012 *Initial Conference Order* upon:

Noel P. Tripp, Esq.
Jackson Lewis LLP
58 South Service Road, Suite 410
Melville, New York 11747

by electronically mailing same to trippn@jacksonlewis.com.

Justin Cilenti

Sworn to before me this 8th
day of August 2012

Notary Public

PETER H. COOPER
Notary Public, State of New York
No. 02CO6059941
Qualified in NEW YORK County
Commission Expires MAY 6, 20 14