Swain, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KARLY ESPINAL, GREGORIO VASQUEZ, JESUCRISTO SANTOS LUNA, YAN CARLOS MENA, NELSON DIAZ, ENGLES RODRIGUEZ, EDDY NUNEZ, MIGUEL AGRAMONTE-BAEZ, CORPUS PEREZ, SANTOS ROJAS-FRIAS, and JUAN N. NUNEZ, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

SHINOBI NY LLC d/b/a/ NINJA NEW YORK, HARUO YAZAKI, and JOHN DOES 1-10,

Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2012

Civ. No.: 12-CV-5313

Swain, J.

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

It hereby is STIPULATED AND AGREED, by and between Plaintiffs KARLY ESPINAL, GREGORIO VASQUEZ, JESUCRISTO SANTOS LUNA, YAN CARLOS MENA, NELSON DIAZ, ENGLES RODRIGUEZ, EDDY NUNEZ, MIGUEL AGRAMONTE-BAEZ, CORPUS PEREZ, SANTOS ROJAS-FRIAS, and JUAN N. NUNEZ ("Plaintiffs") and Defendants, sued herein as SHINOBI NY LLC d/b/a/ NINJA NEW YORK and HARUO YAZAKI ("Defendants"), through their undersigned attorneys, who are authorized to enter into this Stipulation, that any obligation on the part of Defendant to answer, move, or otherwise respond to the Complaint in this matter is extended to September 10, 2012;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that no previous requests for extension of the current putative deadline of August 10, 2012 have been made;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys, who are authorized to enter this Stipulation, that Defendants hereby waive any defenses based on alleged defects in service of process.

| | |
|---|---|
| CILENTI & COOPER, PLLC<br>*ATTORNEYS FOR PLAINTIFFS*<br>708 Third Avenue – 6th Fl.<br>New York, New York 10017<br>(212) 209-3933 | JACKSON LEWIS LLP<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Rd., Ste. 410<br>Melville, New York 11747<br>(631) 247-0404 |
| By: _____<br>JUSTIN CILENTI, ESQ.<br>Dated: 8/3/12 | By: _____<br>NOEL P. TRIPP, ESQ.<br>Dated: 8/13/12 |

SO ORDERED on this 10th day of August, 2012

_____
United States District Judge

4829-2879-0544, v. 1