

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 1 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KARLY ESPINAL, GREGORIO VASQUEZ, JESUCRISTO
SANTOS LUNA, YAN CARLOS MENA, NELSON DIAZ,
ENGLES RODRIGUEZ, EDDY NUNEZ, MIGUEL
AGRAMONTE-BAEZ, CORPUS PEREZ, SANTOS ROJAS-
FRIAS, and JUAN N. NUNEZ, on behalf of themselves and
others similarly situated,

          Plaintiffs,

-against-

SHINOBI NY LLC d/b/a/ NINJA NEW YORK, HARUO
YAZAKI, and JOHN DOES 1-10,

          Defendants.

------------------------------------------------------------x

Civ. No.:  12-CV-5313

Swain, J.

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate and agree as follows upon the following premises.

WHEREAS the parties have entered into settlement negotiations;

WHEREAS Defendants are preparing payroll records for production to Plaintiffs in furtherance of those negotiations;

WHEREAS Defendants have indicated their intention to seek dismissal of the claims against the individual Defendants by motion pursuant to Fed. R. Civ. P. 12(b);

WHEREAS the parties seek to conserve resources during settlement negotiations; and,

WHEREAS one previous extension of the deadline to respond to the Complaint in this matter was made and granted,

NOW THEREFORE IT IS STIPULATED AND AGREED AS FOLLOWS:

1. Defendants' deadline to respond to the Complaint is extended from September 10, 2012 to September 28, 2012.

| | |
|---|---|
| CILENTI & COOPER, PLLC | JACKSON LEWIS LLP |
| *ATTORNEYS FOR PLAINTIFFS* | *ATTORNEYS FOR DEFENDANTS* |
| 708 Third Avenue – 6th Fl. | 58 South Service Rd., Ste. 410 |
| New York, New York 10017 | Melville, New York 11747 |
| (212) 209-3933 | (631) 247-0404 |

By: _____  By: _____
    JUSTIN CILENTI, ESQ.           NOEL P. TRIPP, ESQ.

Dated: 9/7/12                  Dated: 9/7/12


SO ORDERED on this 10th day of September, 2012

_____
United States District Judge

4818-8751-7712, v. 1