USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/14/2013___

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

February 14, 2013

**By Email**

Hon. Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

      Re:    *Espinal, et al. v. Shinobi NY LLC, et al.*
              Case No. 12-CV-5313 (LTS) (SN)

Dear Judge Netburn,

      We are counsel to the plaintiffs in the above-referenced matter. A settlement conference is scheduled before Your Honor tomorrow at 10:00 a.m. However, we are pleased to advise that the parties have just reached a settlement in principle. Therefore, in accordance with Your Honor's Individual Practices, please accept this letter as the parties' joint request that tomorrow's conference be adjourned while the settlement documents are finalized.

      We thank the Court for considering this application.

                                  Respectfully submitted,

                                  Justin Cilenti

JC/mjz

cc: Noel Tripp, Esq. (by email)

The request for an adjournment is GRANTED.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

New York, New York
February 14, 2013