**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| KARLY ESPINAL et al. , on behalf of themselves, FLSA Collective Plaintiffs and the Class, | **Case No.** 12-CV-05313 (LTS)(KNF) |

**Plaintiff,**

**Affidavit of C.K. Lee, Esq.**

**-against-**

SHINOBI NY LLC, et al.

**Defendants.**

C.K. Lee, Esq. being duly sworn, states as follows:

1. I am one of the attorneys for the Plaintiffs in the above-entitled matter. I have personal knowledge of the facts set forth in this Affidavit and if called as a witness for this purpose, I could and would testify competently under oath to them.

2. I submit this Affidavit in support of Plaintiffs' Motion for Conditional Collective Certification.

3. A true and correct copy of the following exhibits are attached to the Memorandum in Support of Plaintiffs' Motion for Conditional Collective Certification :

> EXHIBIT A – Form of Class Notice
> EXHIBIT B – Sample Paystubs
> EXHIBIT C – Sample Punchclock Records

4. I have conferred with Defendants' counsel regarding this Motion in accordance with Judge Laura Taylor Swain's Individual Rules of Practice. The parties had exchanged written statements of their positions and also conferred by telephone prior to the filing of this motion.

Dated: New York, New York
         June 21, 2013

> Respectfully submitted,
> /s/ C. K. Lee
> C. K. Lee, Esq.
> LEE LITIGATION GROUP, PLLC
> 30 East 39th Street, Second Floor
> New York, NY 10016
> Tel: 212-465-1188
> *Attorneys for Plaintiffs, FLSA Collective*
> *Plaintiffs and the Class*