UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
666 Third Avenue
New York, New York 10017
(212) 545-4000

    ATTORNEYS OF RECORD:
        FELICE B. EKELMAN, ESQ.
        NOEL P. TRIPP, ESQ.

-------------------------------------------------------------------x

KARLY ESPINAL, GREGORIO VASQUEZ, JESUCRISTO
SANTOS LUNA, YAN CARLOS MENA, NELSON DIAZ,
ENGLES RODRIGUEZ, EDDY NUNEZ, MIGUEL
AGRAMONTE-BAEZ, CORPUS PEREZ, SANTOS ROJAS-
FRIAS, and JUAN N. NUNEZ, on behalf of themselves and
others similarly situated,

                                      Plaintiffs,

            -against-

SHINOBI NY LLC d/b/a/ NINJA NEW YORK, HARUO
YAZAKI, and JOHN DOES 1-10,

                                      Defendants.

Civ. No.: 12-CV-5313

Swain, J.

-------------------------------------------------------------------x

TO:    C.K. LEE, ESQ.
        LEE LITIGATION GROUP, PLLC
        *ATTORNEYS FOR PLAINTIFFS EDDY NUNEZ*
        *And SANTOS ROJAS-FRIAS*
        30 East 39th Street, Second Floor
        New York, NY 10016

**AFFIDAVIT OF RIEKO TAKAMIYA**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

        Rieko Takamiya, deposes and says:

1. I am Office Manager for Defendant SHINOBI NY LLC, which owns and operates Ninja Restaurant located at 25 Hudson Street in Manhattan ("Ninja"). In that role, I am familiar with how Ninja pays its workers. This affidavit is based on my personal knowledge and my review of Ninja's business records. I am submitting this affidavit in opposition to Plaintiffs Eddy Nunez and Santos Rojas-Frias' ("Plaintiffs") request to send a court approved Notice to individuals employed only after August 20, 2012.

2. Ninja has paid overtime to all employees Plaintiffs seek to represent in the collective action from the period August 20, 2012 to the present. Ninja denies Plaintiffs' allegations that they or others were denied proper overtime for the period prior to August 20, 2012 for a number of reasons, including the fact that Ninja is open only for dinner, and hours worked are correspondingly limited for most employees. For example, no server or other "front of the house" worker is scheduled to work more than 32 hours per week (4 shifts of 8 hours each). Beginning August 20, 2012, Ninja modified its pay practices to ensure that all eligible employees were paid overtime when they work more than 40 hours in a week.

3. Attached hereto are paystubs for various individuals who were hired by Ninja after August 20, and to whom Plaintiffs wish to send Notice. As is evident from the records, each employee was paid overtime when they worked more than 40 hours in a week.

4. Plaintiff Nunez worked for Ninja from on or about May 8, 2009 to on or about July 1, 2012. His rate of pay was never less than nine dollars per hour.

5. Plaintiff Rojas-Frias worked for Ninja from on or about September 12, 2008 to on or about January 23, 2011. His rate of pay was never less than nine dollars per hour.

                                                                                    RIEKO TAKAMIYA

                                                                                   7/8/2013

Sworn to and subscribed before me
this 8th day of July, 2013.

_____
Notary Public

4828-1987-9956, v. 2

        ANA D CORSINO
  NOTARY PUBLIC-STATE OF NEW YORK
        No. 01CO6256757
   Qualified In New York County
  My Commission Expires 03-05-2016

05/03/2013

**686.93

*****Six hundred and eighty-six and 93/100

Pay Period: 04/14/2013 - 04/27/2013

REDACTED

SHINOBI NY LLC
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

Pay Period
04/14/2013 - 04/27/2013

Pay Date
05/03/2013

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 78.50 | 10.00 | 785.00 | 1,453.25 |
| Overtime Pay | 0.75 | 15.00 | 11.25 | 11.25 |

| OTHER PAY | | | Current | YTD |
|---|---|---|---|---|

| BENEFITS | | | Used | Available |
|---|---|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 17.70 | 22.60 |
| Social Security | 49.37 | 90.80 |
| Medicare | 11.55 | 21.24 |
| NY Income Tax | 17.55 | 29.43 |
| NY City Income Tax | 11.95 | 19.93 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 2.40 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $796.25 | $1,464.50 |
| Taxes | $108.12 | $184.00 |
| Deductions | $1.20 | $2.40 |
| **NET PAY:** | | **$686.93** |

SHINOBI NY LLC
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

Pay Period
04/14/2013 - 04/27/2013

Pay Date
05/03/2013

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 78.50 | 10.00 | 785.00 | 1,453.25 |
| Overtime Pay | 0.75 | 15.00 | 11.25 | 11.25 |

| OTHER PAY | | | Current | YTD |
|---|---|---|---|---|

| BENEFITS | | | Used | Available |
|---|---|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 17.70 | 22.60 |
| Social Security | 49.37 | 90.80 |
| Medicare | 11.55 | 21.24 |
| NY Income Tax | 17.55 | 29.43 |
| NY City Income Tax | 11.95 | 19.93 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 2.40 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $796.25 | $1,464.50 |
| Taxes | $108.12 | $184.00 |
| Deductions | $1.20 | $2.40 |
| **NET PAY:** | | **$686.93** |

10/19/2012

**522.80

*****Five hundred and twenty-two and 80/100

REDACTED

Pay Period: 09/30/2012 - 10/13/2012

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 63.75 | 9.00 | 573.75 | 1,473.75 |
| Overtime Pay | 1.00 | 13.50 | 13.50 | 13.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 12.96 | 30.43 |
| Social Security | 24.66 | 62.46 |
| Medicare | 8.52 | 21.57 |
| NY Income Tax | 10.45 | 23.15 |
| NY City Income Tax | 6.66 | 14.94 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 3.65 |

SHINOBI NY LLC
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
09/30/2012 - 10/13/2012

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $587.25 | $1,487.25 |
| Taxes | $63.25 | $152.55 |
| Deductions | $1.20 | $3.65 |
| **NET PAY:** | | **$522.80** |

Pay Date
10/19/2012

MEMO:

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 63.75 | 9.00 | 573.75 | 1,473.75 |
| Overtime Pay | 1.00 | 13.50 | 13.50 | 13.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 12.96 | 30.43 |
| Social Security | 24.66 | 62.46 |
| Medicare | 8.52 | 21.57 |
| NY Income Tax | 10.45 | 23.15 |
| NY City Income Tax | 6.66 | 14.94 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 3.65 |

SHINOBI NY LLC
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

| OTHER PAY | Current | YTD |
|---|---|---|

Pay Period
09/30/2012 - 10/13/2012

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $587.25 | $1,487.25 |
| Taxes | $63.25 | $152.55 |
| Deductions | $1.20 | $3.65 |
| **NET PAY:** | | **$522.80** |

Pay Date
10/19/2012

MEMO:

01/11/2013

**592.88

*****Five hundred and ninety-two and 88/100



Pay Period: 12/23/2012 - 01/05/2013

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 74.25 | 9.00 | 668.25 | 668.25 |
| Overtime Pay | 1.00 | 13.50 | 13.50 | 13.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 16.06 | 16.06 |
| Social Security | 42.27 | 42.27 |
| Medicare | 9.89 | 9.89 |
| NY Income Tax | 11.65 | 11.65 |
| NY City Income Tax | 7.80 | 7.80 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 1.20 |

| OTHER PAY | Current | YTD |
|---|---|---|

SHINOBI NY LLC
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

Pay Period
12/23/2012 - 01/05/2013

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $681.75 | $681.75 |
| Taxes | $87.67 | $87.67 |
| Deductions | $1.20 | $1.20 |
| **NET PAY:** | | **$592.88** |

Pay Date
01/11/2013

MEMO:

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 74.25 | 9.00 | 668.25 | 668.25 |
| Overtime Pay | 1.00 | 13.50 | 13.50 | 13.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 16.06 | 16.06 |
| Social Security | 42.27 | 42.27 |
| Medicare | 9.89 | 9.89 |
| NY Income Tax | 11.65 | 11.65 |
| NY City Income Tax | 7.80 | 7.80 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 1.20 |

| OTHER PAY | Current | YTD |
|---|---|---|

SHINOBI NY LLC
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

Pay Period
12/23/2012 - 01/05/2013

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $681.75 | $681.75 |
| Taxes | $87.67 | $87.67 |
| Deductions | $1.20 | $1.20 |
| **NET PAY:** | | **$592.88** |

Pay Date
01/11/2013

MEMO:

05/31/2013

**768.94

*****Seven hundred and sixty-eight and 94/100



Pay Period: 05/12/2013 - 05/25/2013

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 72.00 | 10.00 | 720.00 | 802.50 |
| Overtime Pay | 12.50 | 15.00 | 187.50 | 187.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 28.83 | 28.83 |
| Social Security | 56.26 | 61.38 |
| Medicare | 13.16 | 14.36 |
| NY Income Tax | 23.47 | 23.47 |
| NY City Income Tax | 15.64 | 15.64 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 1.61 |

| OTHER PAY | Current | YTD |
|---|---|---|

SHINOBI NY LLC
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

Pay Period
05/12/2013 - 05/25/2013

| BENEFITS | Used | Available |
|---|---|---|

Pay Date
05/31/2013

MEMO:

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $907.50 | $990.00 |
| Taxes | $137.36 | $143.68 |
| Deductions | $1.20 | $1.61 |
| **NET PAY:** | | **$768.94** |

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 72.00 | 10.00 | 720.00 | 802.50 |
| Overtime Pay | 12.50 | 15.00 | 187.50 | 187.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 28.83 | 28.83 |
| Social Security | 56.26 | 61.38 |
| Medicare | 13.16 | 14.36 |
| NY Income Tax | 23.47 | 23.47 |
| NY City Income Tax | 15.64 | 15.64 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 1.61 |

| OTHER PAY | Current | YTD |
|---|---|---|

SHINOBI NY LLC
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

Pay Period
05/12/2013 - 05/25/2013

| BENEFITS | Used | Available |
|---|---|---|

Pay Date
05/31/2013

MEMO:

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $907.50 | $990.00 |
| Taxes | $137.36 | $143.68 |
| Deductions | $1.20 | $1.61 |
| **NET PAY:** | | **$768.94** |

04/05/2013

\*\*637.68

\*\*\*\*\*Six hundred and thirty-seven and 68/100

REDACTED

Pay Period: 03/17/2013 - 03/30/2013

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 72.50 | 10.00 | 725.00 | 1,622.50 |
| Overtime Pay | 2.75 | 15.00 | 41.25 | 41.25 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 40.08 | 59.12 |
| Social Security | 47.50 | 103.15 |
| Medicare | 11.11 | 24.12 |
| NY Income Tax | 17.07 | 25.99 |
| NY City Income Tax | 11.61 | 18.43 |

**SHINOBI NY LLC**
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 3.60 |

**Pay Period**
03/17/2013 - 03/30/2013

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $766.25 | $1,663.75 |
| Taxes | $127.37 | $230.81 |
| Deductions | $1.20 | $3.60 |
| **NET PAY:** | | **$637.68** |

**Pay Date**
04/05/2013

MEMO:

---

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 72.50 | 10.00 | 725.00 | 1,622.50 |
| Overtime Pay | 2.75 | 15.00 | 41.25 | 41.25 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 40.08 | 59.12 |
| Social Security | 47.50 | 103.15 |
| Medicare | 11.11 | 24.12 |
| NY Income Tax | 17.07 | 25.99 |
| NY City Income Tax | 11.61 | 18.43 |

**SHINOBI NY LLC**
100 CHURCH STREET STE 816
NEW YORK
NY, 10007
646-717-0266

| OTHER PAY | Current | YTD |
|---|---|---|

| DEDUCTIONS | Current | YTD |
|---|---|---|
| NY - Disability | 1.20 | 3.60 |

**Pay Period**
03/17/2013 - 03/30/2013

| BENEFITS | Used | Available |
|---|---|---|

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $766.25 | $1,663.75 |
| Taxes | $127.37 | $230.81 |
| Deductions | $1.20 | $3.60 |
| **NET PAY:** | | **$637.68** |

**Pay Date**
04/05/2013

MEMO: