UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: __ 10/4/2013         │
└─────────────────────────────────┘
```

EDDY NUNEZ and SANTOS ROJAS-FRIAS,
on behalf of themselves and others similarly
situated,

                              Plaintiffs,                    12-CV-05313 (LTS)(SN)

              -against-                                      ORDER

HARUO YAZAKI, et al.,

                              Defendants.

----------------------------------------------------------------X

SARAH NETBURN, United States Magistrate Judge:

        On October 4, 2013, the Honorable Laura Taylor Swain referred this matter to my docket. The

parties are directed to contact Courtroom Deputy Joseph Mendieta, at (212) 805-0286, by October 17,

2013, to schedule a settlement conference. The parties should decide if it would be beneficial for the

plaintiff in related case Francisco Abreu v. Shinobi NY, L.L.C, 13cv06322, to participate in this

settlement conference and should inform the Court of the decision by the above date.

SO ORDERED.

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge


DATED:  New York, New York
        October 4, 2013