Swain, 8.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARLY ESPINAL, GREGORIO VASQUEZ, JESUCRISTO SANTOS LUNA, YAN CARLOS MENA, NELSON DIAZ, ENGLES RODRIGUEZ, EDDY NUNEZ, MIGUEL AGRAMONTE-BAEZ, CORPUS PEREZ, SANTOS ROJAS-FRIAS, and JUAN N. NUNEZ,
*on behalf of themselves and others similarly situated,*

          Plaintiff,

-against-

SHINOBI NY, LLC d/b/a NINJA NEW YORK, HARUO YAZAKI, and JOHN DOES-1-10,

     **Defendants.**

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 9 2013
```

Case No. 12-cv-5313

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants, SHINOBI NY L.L.C. and HARUO YAZAKI, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendants:

By: *Felice B Ekelman*
Felice Ekelman, Esq.
Jackson Lewis P.C.
666 Third Avenue
New York, NY 10017
Telephone: (212) 545-4005
Fax: (212) 972-3213
ekelmanf@jacksonlewis.com

Date: 12/17/13

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 12-17-13

The Clerk of Court is requested to close this case.
SO ORDERED:

Dated: 12/19/13

United States District Judge